1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANTON EWING | Case No.:   19cv2292-LAB (KSC) |
| 12                          Plaintiff, | **ORDER SUBSTITUTING** |
| 13  v. | **COUNSEL; AND** |
| 14  US HEALTHCARE SUPPLY, LLC, et al. | **ORDER REQUIRING PLAINTIFF TO PROSECUTE HIS CLAIMS PRO SE** |
| 15 | |
| 16                          Defendants. | |

17
18

19      Plaintiff's counsel filed an *ex parte* motion to substitute counsel, but did not

20  submit a proposed order in editable electronic format, as required by this District's

21  Electronic Case Filing Administrative Policies and Procedures Manual, § 2(h).

22  Instead, a form motion signed by Plaintiff and his counsel was emailed, in pdf

23  format, to the chambers' efile inbox. In future, Plaintiff's counsel is reminded to

24  comply with the Policies and Procedures Manual. The fact that a form predating

25  electronic case filing is still available online in an older format does not override

26  local requirements.

27      The unopposed motion is **GRANTED**, and Plaintiff Anton Ewing is

28  substituted in, *pro se*, in place of Yuri Simpson, Esq.

1

1        Because he is now proceeding *pro se*, Ewing is **ORDERED** to file a copy of

2 the order issued as docket number 82 in case 18cv1455, *Ewing v. Oasis Media*.

3 He must file it as a notice, not later than **August 31, 2020**.

4        Ewing is now responsible for prosecuting this action himself. This means,

5 among other things, that he must file a written opposition to the motion to dismiss

6 or transfer (Docket no. 18), as required by Civil Local Rule 7.1(e)(2). The motion

7 to dismiss or transfer is supported by evidence, making it a factual attack. *See*

8 *Data Disc, Inc. v. Sys. Tech. Assocs., Inc.*, 557 F.2d 1280, 1289 (9th Cir. 1977).

9 Ewing bears the burden of at least making a prima facie showing of jurisdictional

10 facts in order to withstand the motion to dismiss. *See Pebble Beach Co. v. Caddy*,

11 453 F.3d 1151, 1154 (9th Cir. 2006). Failure to file an opposition when due may

12 constitute consent to the motion's being granted. *See* Civil Local Rule 7.1(f)(3)(c).

13

14        **IT IS SO ORDERED**.

15 Dated:  August 19, 2020

16

17                   Honorable Larry Alan Burns
                  Chief United States District Judge

18

19

20

21

22

23

24

25

26

27

28

19cv2292